PAUL ROTH, Respondent, *v.* STUARD HIRSCHMAN, Appellant.

(Argued December 2, 1931; decided January 5, 1932.)

*A. S. Gilbert* and *Jerome E. Malino* for appellant. *William Rasquin, Jr., Henry Rosenbloom* and *Samuel Perlo* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.